AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2023

SEAN F. McAVOY, CLERK

ROSHAWN RANDALL, an individual, et al., )
*Plaintiff* )
v. )  Civil Action No.  2:23-CV-0095-TOR
)
)
FEDEX GROUND PACKAGE SYSTEM, INC., )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion to Compel Arbitration (ECF No. 9) is GRANTED.
Defendant's Motion to Dismiss (ECF No. 10) is DENIED as moot.
The Court ORDERS the parties to conduct arbitration pursuant to the ISP Agreement.  This case is DISMISSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE
on Defendant's Motions to Compel Arbitration and Dismiss (ECF Nos. 9, 10).

Date:  July 19, 2023

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry